# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JARED JAMAR JOHNSON,<br><br>　　　　　Defendant. | 2:13-cr-00291-APG-CWH<br><br>**ORDER**<br><br>[Defendant's Unopposed Motion to Allow Defendant to Participate in a Boxing Match (#28)] |

Before the Court is Defendant's Unopposed Motion to Allow Defendant to Participate in a Boxing Match. (#28).

Defendant requests the Court to allow him to participate in a boxing match on September 28, 2013 in Las Vegas, Nevada. *Id.* To date, no opposition has been filed.

Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Allow Defendant to Participate in a Boxing Match (#28) is GRANTED.

DATED this 24th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE